IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:05CV225 |
| Plaintiff, | : | |
| vs. | : | JUDGE THOMAS M. ROSE |
| | : | |
| (1) 2001 CADILLAC ELDORADO VIN 1G6EL12Y21B105377, et al., | : | |
| Defendants. | : | |

### DEFAULT JUDGMENT AND DECREE OF FORFEITURE AGAINST THE DEFENDANTS (17) RED TRAKKER MOTORCYCLE TRAILER, VIN #5DUUM1426J003922; (18) HARLEY DAVIDSON FRAME, MOTOR AND PARTS; AND (19) 2004 CUSTOM MOTORCYCLE AND TRAILER

Upon the United States' Motion for Default Judgment and Decree of Forfeiture filed September 26,  (Doc. #56) of the Defendants, (17) Red Trakker Motorcycle Trailer, VIN #5DUUM1426J003922; (18) Harley Davidson Frame, Motor and Parts; and (19) 2004 Custom Motorcycle and Trailer;

IT IS  HEREBY ORDERED, ADJUDGED AND DECREED  that:

(1) the Defendants, (17) Red Trakker Motorcycle Trailer, VIN #5DUUM1426J003922; (18) Harley Davidson Frame, Motor and Parts; and (19) 2004 Custom Motorcycle and Trailer are hereby forfeited to the United States of America pursuant to 21 U.S.C. §881(a)(4) and 18 U.S.C. §981(a)(1)(A) and/or (C);

(2) all claims and interests including those of Potential Claimants Athaleen Carter; Michele Upton; Jack Reed; Betsy Tanner; Eleanor Sorrell; John Sorrell; James Bennett; Michael Upton; and Dorothy Upton are forever foreclosed and barred;

   (3) the forfeited asset(s) shall be disposed of in accordance with the law; and

   (4) this case remains open and pending against the Defendants 1 - 16 and 20.

September 27, 2007          **s/THOMAS M. ROSE**


               _____
               THOMAS M. ROSE
               UNITED STATES DISTRICT JUDGE