UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, : | |
|     Plaintiff, : | Case No. 3:05-cv-225 |
| vs. : | Judge Thomas M. Rose |
| One 2001 Cadillac Eldorado : | |
| VIN 1G6EL12Y21B105377, et al : | |
|     Defendants. : | |

## ORDER GRANTING UNITED STATES' MOTION TO STAY PROCEEDINGS

This matter is before the Court upon the United States' Motion pursuant to 18 U.S.C. § 981(g) to stay the proceedings in this civil forfeiture action until the completion of a related criminal investigation and prosecution on the grounds that civil discovery would adversely affect the ability of the Government to conduct a related criminal investigation and prosecution.

The Court hereby finds that civil discovery would adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution. Consequently, IT IS HEREBY ORDERED THAT:

The United States' Motion to Stay Proceedings is granted. All civil discovery shall be stayed until further order of the Court. Status reports shall be filed quarterly by the Parties.

Tuesday, March 25, 2008

                                              s/Thomas M. Rose

                                              _____
                                              THOMAS M. ROSE
                                              UNITED STATES DISTRICT COURT JUDGE